**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

KEITH K. CARTER,

     Plaintiff,

v.                                                                              No. 24-cv-1070-KG-KRS

CITY OF ALBUQUERQUE,

     Defendant.

**ORDER TO SHOW CAUSE**

This matter comes before the Court *sua sponte* after Plaintiff severed contact with the Court.   Plaintiff filed a Prisoner Letter-Complaint (Doc. 1) while incarcerated at the Metropolitan Detention Center (MDC) in Albuquerque, New Mexico.   Thereafter, a mailing to Plaintiff was returned as undeliverable with the notation "Not in Custody."   *See* Doc. 3.   He has not notified the Clerk's Office regarding his current address, as required by D.N.M. Local Civil Rule 83.6.

**IT IS THEREFORE ORDERED** that within thirty (30) days of entry of this Order, Plaintiff shall notify the Clerk in writing of his new address or show cause why this action should not be dismissed. The failure to timely comply may result in dismissal without further notice.

IT IS SO ORDERED this 8th day of April, 2025.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE