IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KEITH K. CARTER,

    Plaintiff,

v.                                                  No. 24-cv-1070-KG-KRS

CITY OF ALBUQUERQUE,

    Defendant,

## ORDER TO CURE DEFICIENCY

This matter comes before the Court on Plaintiff's Prisoner Civil Rights Complaint (Doc. 1). The filing is deficient because Plaintiff has not prepaid the $405 civil filing fee, or alternatively, submitted a motion to proceed *in forma pauperis*. The Clerk's Office mailed Plaintiff a blank copy of such motion, but he did not return the completed form.

Accordingly, **IT IS ORDERED** that within thirty (30) days of entry of this Order, Plaintiff must prepay the $405 filing fee, or alternatively, file a motion to proceed *in forma pauperis*. The failure to timely comply may result in dismissal without further notice.

IT IS SO ORDERED this 25th day of September, 2025.

                                                  /s/ Kevin Sweazea
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE